IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT W. COX,

        Plaintiff,

v.

BOOKING STAFF; SHERIFF
DEPUTIES PRESENT IN BOOKING
3/9-10/2017,

        Defendants.

Case No. 1:17-cv-00520-JR

ORDER

MCSHANE, Judge:

        Magistrate Judge Jolie A. Russo filed a Findings and Recommendation, ECF No. 56, and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation, ECF No. 56, is ADOPTED. Defendants' Motion for Summary Judgment, ECF No. 25, is GRANTED and this action is DISMISSED.

IT IS SO ORDERED.

        DATED this 12th day of July, 2018.

        /s/ Michael McShane
        Michael McShane
        United States District Judge